IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| HEIDY SAMANTHA CORAL LOJA, | § § § | |
| Petitioner, | § § | |
| v. | § § | CAUSE NO. EP-26-CV-95-KC |
| KRISTI NOEM et al., | § § § | |
| Respondents. | § | |

### ORDER

On this day, the Court considered the case. On January 20, 2026, Heidy Samantha Coral Loja filed a Petition for Writ of Habeas Corpus, ECF No. 1. Coral Loja challenged the legality of her detention on constitutional and statutory grounds, *id.* ¶¶ 42–74, and asked the Court to order Respondents to release her or convene a bond hearing, *id.* at 19. The Court ordered Respondents to show cause why the Petition should not be granted. Jan. 20, 2025, Order 3, ECF No. 3.

Respondents now inform the Court that, "Petitioner was released on /or around January 22, 2026, from ICE Custody." Notice, ECF No. 4. Thus, Respondents state that "the relief Petitioner seeks in her petition is moot." *Id.* Coral Loja agrees that "her Petition is moot."[1] Resp. 1, ECF No. 5. And the parties are correct. *Virani v. Huron*, No. 5:19-cv-499-ESC, 2020 WL 7405655, at *3 (W.D. Tex. Dec. 17, 2020) (quoting *Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988)).

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** as moot.

---

[1] Coral Loja goes on to describe financial, dignitary, and emotional harms that she and her family experienced as a result of her alleged unlawful detention. Resp. 1–2. She asks that "the justice system deals with the aftermath" of her detention, and the detention of others arrested in recent weeks by federal immigration officers in Minnesota. *Id.* at 2–3. The Court expresses no opinion as to the viability of some future lawsuit for damages—it suffices to find, as the parties have agreed, that this habeas case is moot.

**IT IS FURTHER ORDERED** that all deadlines in this case are **VACATED**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 28th day of January, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE